DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWAYNE NEWTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3437

[June 6, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case Nos. 432010CF001528A and 432010CF001608A.

Dwayne Newton, Lake City pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***